**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**


<u>Nicole Corin Christian</u>

    v.                            Civil No. 05-cv-356-JD

<u>Travis W. Anderson, et al.</u>


**<u>ORDER</u>**

    Re:  Document No. 2, <u>Plaintiff's Verified Motion For An Order Directing The Clerk of Court To Docket Her Complaint With A Filing Date Of October 5, 2005</u>

    Ruling: Through a series of miscommunications and misunderstandings, the complaint filed 10/5/05 together with the tendered fee were not kept by the Clerk but returned to plaintiff.  The complaint was and is deemed filed as of 4:06 p.m. on 10/5/05.

                                              _____
                                              James R. Muirhead
                                              U.S. Magistrate Judge

Date:  November 3, 2005

cc:    Nicole Corin Christian, *pro se*