UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Nicole Corin Christian

          v.                          Civil No. 05-cv-356-JD

Travis W. Anderson, et al.


                         O R D E R


     In reviewing the pleadings in this case, it has come to the
court's attention that the second amended complaint submitted by
Nicole Corin Christian with her motion for leave to amend is not
signed.  "Every pleading . . .shall be signed by at least one
attorney of record in the attorney's individual name, or, if the
party is not represented by an attorney, shall be signed by the
party."  Fed. R. Civ. P. 11(a).  "By presenting to the court
(whether by signing, filing, submitting, or later advocating) a
pleading, written motion, or other paper, an attorney or
unrepresented party is certifying that to the best of the
person's knowledge, information, and belief, formed after an
inquiry reasonable under the circumstances," the pleading is not
being filed for an improper purpose, the claims are warranted,
and the allegations in the pleading are likely to be supported by
the evidence.  Fed. R. Civ. P. 11(b).  "An unsigned paper shall
be stricken unless omission of the signature is corrected

promptly after being called to the attention of the attorney or party." Id.

Christian's proposed second amended complaint submitted with her motion for leave to file an amended complaint (document no. 49) cannot be docketed because it lacks the signature required by Rule 11(a). If her allegations comply with Rule 11(b), Christian shall file a signed copy of the proposed second amended complaint **on or before February 9, 2007.** Her claims alleged in the second amended complaint are limited as held in the court's order of December 13, 2006. If Christian fails to file the signed amended complaint within the time allowed, the proposed second amended complaint will be stricken, the order granting in part and denying in part her motion for leave to amend will be withdrawn as moot, and the operative complaint in this case will be the amended complaint filed on June 5, 2006.

SO ORDERED.

Joseph A. DiClerico, Jr.
United States District Judge

January 31, 2007

cc:  Charles P. Bauer, Esquire
     Lisa Lee, Esquire
     Nancy J. Smith, Esquire
     Nicole Corin Christian, pro se