**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Nicole Corin Christian</u>

    v.                                    Civil No. 05-cv-356-JD

<u>Travis W. Anderson, et al.</u>


**<u>O R D E R</u>**

    Plaintiff moves to reconsider my order on defendant's motion to compel.  Document no. 61.  The motion (document no. 68) is denied.  Plaintiff did not serve responses or an objection to the requests for admission and, therefore, under Fed. R. Civ. P. 36 they are deemed admitted.  Her motion to stay until a decision on the motion to dismiss was mooted by Judge DiClerico's order on the motion.  Any objections to the interrogatories were waived by the failure to answer within thirty days of service and plaintiff was ordered to answer.  Plaintiff has not shown good cause as ordered for her failure to provide timely discovery.  Counsel's fees are reasonable and plaintiff is ordered to pay them within ten (10) days.

The motion (document no. 68) is denied as set forth above.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: May 29, 2007

cc:   Nicole Corin Christian, pro se
      Charles P. Bauer, Esq.
      Lisa Lee, Esq.
      Daniel J. Mullen, Esq.
      Frank H. Olmstead, Esq.
      Nancy J. Smith, Esq.